**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                          Plaintiff,

           - against -

AMERICAN RAG CIE, LLC,

                        Defendants.
-----------------------------------------------------------X

Case No.   1:23-cv-7658-HG
Endorsed Order
Voluntary Dismissal

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to

FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without

costs or attorneys' fees, of the above-referenced matter against American Rag Cie, LLC.

Dated: Scarsdale, New York
       February 12, 2024

                        SHAKED LAW GOUP, P.C.
                        Attorneys for Plaintiff

                  By: */s/Dan Shaked*
                    Dan Shaked, Esq.
                    14 Harwood Court, Suite 415
                    Scarsdale, NY 10583
                    Tel. (917) 373-9128
                    e-mail: ShakedLawGroup@Gmail.com

So Ordered: Date 2/14/24
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.